IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEVERICK SCOTT
ADC #131042                                                            PLAINTIFF

v.                          No. 5:19-cv-63-DPM

JAMES GIBSON, Warden, Varner Unit;
VIRGINIA ALLEN, Mailroom Supervisor,
Varner Supermax Unit; TRENT SMITH,
Officer, Varner Supermax Unit; JOHN
POLLETT, Chaplain, Varner Supermax
Unit; SEAM TREAS, Chaplain, Varner
Supermax Unit; DEXTER MCDONNELL,
Chaplain, Varner Supermax Unit; DOES,
Publication Review Committee Members,
Varner Unit; and BRIANA BOATNER                                        DEFENDANTS

JUDGMENT

Scott's claims are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

18 August 2020